# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

---

| | |
|---|---|
| UNITED STATES OF AMERICA, | Criminal No. 08-320 (RHK) |
| Plaintiff, | |
| v. | **ORDER RELEASING APPEARANCE BOND AND SHORT FORM DEED OF TRUST AND ASSIGNMENT OF RENTS** |
| LARRY REYNOLDS, | |
| Defendant, | |
| ANTOINETTE REYNOLDS, | |
| Forfeiture Petitioner. | |

---

Based on the Motion of the United States of America to release the Appearance Bond, and Short Form Deed of Trust and Assignment of Rents and all the files and records herein, **IT IS HEREBY ORDERED**:

1. The United States' Motion to Release the Appearance Bond and Short Form Deed of Trust and Assignment of Rents (Doc. No. 101) is **GRANTED**; and

2. The Appearance Bond and Short Form Deed of Trust and Assignment of Rents identified as Docket Nos. 12 and 13 are hereby **RELEASED**.

Dated: July 11, 2012

                                                     s/Richard H. Kyle  
                                                   RICHARD H. KYLE  
                                                   United States District Judge